# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEOSHAMMOND NORMAN

NO. 2024 KW 0222

**MAY 20, 2024**

---

In Re:     Theoshammond Norman, applying for supervisory writs,
           20th Judicial District Court, Parish of East
           Feliciana, No. 98-CR-603.

---

**BEFORE:     GUIDRY,C.J., HESTER AND MILLER, JJ.**

**WRIT DENIED.**

                              JMG
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT